# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

DAVID EUGENE GRAHAM,

    Plaintiff,

v.                                            CASE NO. 5:10cv65/RS-AK

S. CARROLL, et al,

    Defendants.

_____/

## O R D E R

The relief requested by Plaintiff's Motion for Leave to File Third Amended Complaint (Doc.14) is **granted**. Plaintiff shall file a third amended complaint not later than August 27, 2010.

**ORDERED** on August 10, 2010.

                        /S/ Richard Smoak
                        **RICHARD SMOAK**
                        **UNITED STATES DISTRICT JUDGE**