IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID EUGENE GRAHAM,

    Plaintiff,

v.                                          CASE NO. 5:10-cv-65-RS-GRJ

J T WITALEC, et al.,

    Defendants.

_____/

## O R D E R

This case is before the Court on Doc. 39, Defendants' motion for an extension of time to respond to the Third Amended Complaint. Upon due consideration, the motion is **GRANTED**. Accordingly, it is **ORDERED**:

That Defendants shall respond to the Third Amended Complaint **on or before May 13, 2011.**

**DONE AND ORDERED** this 14th day of April 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge