IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID EUGENE GRAHAM,

      Plaintiff,

v.                                    CASE NO. 5:10-cv-65-RS-GRJ

J T WITALEC, et al.,

      Defendants.

_____/

## O R D E R

      This case is before the Court on Doc. 41, Defendants' first motion to dismiss.

Before the Court rules on this matter, the Plaintiff shall have an opportunity to respond.

Accordingly, it is **ORDERED:**

      That Plaintiff shall have until **June 1, 2011,** to respond to the motion to dismiss.

      **DONE AND ORDERED** this 2nd day of May 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge