IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID EUGENE GRAHAM,

    Plaintiff,

v.   CASE NO. 5:10-cv-65-RS -GRJ

J.T. WITALEC, and
D. SEARCY,

    Defendants.

_____/

# O R D E R

This matter is before the Court on Doc. 43, Plaintiff's Motion For Enlargement of Time to respond to Defendants' Motion to Dismiss. (Doc. 41.) Upon due consideration, it is **ORDERED:**

1. The Motion, Doc. 43, is **GRANTED.** Plaintiff shall file his response to Defendants' Motion to Dismiss (Doc. 41) **on or before June 20, 2011.**

**DONE AND ORDERED** this 9th day of May 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge