IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID EUGENE GRAHAM,

    Plaintiff,

v.            CASE NO. 5:10-cv-65-RS-GRJ

J.T. WITALEC, et al.,

    Defendants.

_____/

**O R D E R**

    This case is before the Court on Doc. 47, Plaintiff's Motion For Enlargement. The Court recently entered an order (Doc. 44) giving Plaintiff until October 28, 2011 to respond to the motion to dismiss filed by Defendants J.T. Witalec and D. Searcy. (Doc. 41.) Plaintiff requests an additional 15 days within which to respond to the motion to dismiss.

    Upon due consideration, it is hereby **ORDERED**:

    (1)    Plaintiff's Motion For Enlargement (Doc. 47) is **GRANTED**.

    (2)    Plaintiff shall respond to the motion to dismiss (Doc. 41) **on or before November 14, 2011.**

    **DONE AND ORDERED** this 25th day of October 2011.

    *s/ Gary R. Jones*
    GARY R. JONES
    United States Magistrate Judge