# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**DAVID EUGENE GRAHAM,**

    **Plaintiff,**

v.                                                       **CASE NO. 5:10-cv-65-RS-GRJ**

**J.T. WITALEC and D. SEARCY,**

    **Defendants.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 51). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED** for failure to exhaust administrative remedies.

3. The clerk is directed to close the file.

**ORDERED** on February 23, 2012.

                                       /S/ Richard Smoak
                                       **RICHARD SMOAK**
                                       **UNITED STATES DISTRICT JUDGE**